| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Andrew Picek<br>Special Agent: Jimmie Pharr | Telephone: (313) 226-9652<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
   v.
Eric Sylvester Henderson

Case No.   Case: 2:24−mj−30413
Assigned To : Unassigned
Assign. Date : 9/27/2024
Description: CMP USA V. HENDERSON (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 27, 2024** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Jimmie Pharr, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 27, 2024

*Judge's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of an application for an arrest warrant for Eric HENDERSON (DOB: XX/XX/1990) for the crime of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. In August of 2024, I began an investigation into Eric Sylvester HENDERSON, a convicted felon, for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm). HENDERSON was a suspect in three recent incidents involving firearms: a shots fired incident on April 28, 2024, a non-fatal shooting on June 29, 2024, and a domestic violence incident on August 13, 2024.

5. The shots fired incident on April 28, 2024, occurred next door to HENDERSON's residence in Detroit, Michigan. In the June 29, 2024 non-fatal shooting incident, witnesses identified HENDERSON as a suspect. These two incidents were linked through ballistic evidence matching fired cartridge casings recovered from both locations.

6. On August 13, 2024, per Detroit Police report number 2408190116, HENDERSON was alleged to have pointed a firearm at a at the mother of his child (Person 1) and her friend.

7. In September of 2024, law enforcement conducted remote surveillance of HENDERSON's residence in Detroit. Agents saw HENDERSON leaving and returning to the residence on several occasions in the early morning hours as well as in the evening hours of multiple days. HENDERSON used a key to unlock the side door of the residence to gain access on multiple occasions.

8. On September 25, 2024, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Pharr swore to and obtained a federal search warrant for HENDERSON's residence in Detroit.

9. On September 27, 2024, at approximately 7:27 a.m., ATF law enforcement personnel wearing fully marked "POLICE" and/or "ATF"

identifiers arrived at HENDERSON's residence in Detroit. As Agents approached the residence and went onto the front porch they saw a black female, later identified as Person 1, looking out the front window of the residence. Agents gave Person 1 commands to open the door for a search warrant. Person 1 did not comply. Agents knocked and announced "POLICE SEARCH WARRANT OPEN THE DOOR" multiple times with no response. Agents then forced entry into the front door of the residence. The entry team proceeded to make entry into the residence where Eric HENDERSON was immediately seen walking in the kitchen. Agents gave HENDERSON verbal commands to show his hand and turn around. HENDERSON complied was handcuffed and detained. Agents then continued clearing the residence and encountered Person 1 and two small children who were all escorted to the front porch of the residence. Agents then completed a search of the residence for evidence listed in the warrant.

10. During the search of the residence law enforcement officers recovered one (1) Springfield pistol, model: XD, caliber .45 ACP bearing serial number "US591374" loaded with 1 round of .45 caliber ammunition in the chamber and 12 rounds of ammunition in the

4

magazine. The firearm was located in the kitchen on top of a kitchen cabinet wedged between the top of the cabinet and a box. Agents also recovered one (1) American Tactical pistol, model: Omni Hybrid; multi caliber, bearing serial number NS237956 loaded with one (1) round of ammunition in the chamber. The American Tactical pistol was recovered in a laundry basket located in a laundry room off the kitchen. Agents noted HENDERSON appeared to be walking from the laundry room through the kitchen. Agents also recovered from the laundry room, inside the washing machine, 4 clear plastic bags of suspected narcotics (2 clear bags containing approximately 150 "lotto folds" of suspected narcotics, a clear bag containing a grey powder, and a clear bag containing a white powder).

11. Agents advised HENDERSON of his *Miranda* rights and questioned him about the firearms and suspected narcotics found inside his residence. HENDERSON admitted to possession of both firearms and the narcotics, and knowing that he is a convicted felon prohibited from possessing firearms.

12. HENDERSON was convicted in 2009, in the Third Circuit Court of Michigan case number 09-009554-01-FC for Armed Robbery

5

and Felony Firearm. He was also convicted in 2017, in the Third Circuit Court of Michigan case number 17-003620-01-FH for Tampering with Electronic Monitoring Device.

13.     As an ATF Firearm Interstate Nexus agent, it is in my opinion that the Springfield pistol, model: XD, caliber .45 ACP bearing serial number "US591374" and the American Tactical pistol, model: Omni Hybrid; multi caliber bearing serial number NS237956 were manufactured outside of Michigan.  Therefore, the firearm possessed by HENDERSON traveled in interstate or foreign commerce.

## III. CONCLUSION

14.     Probable cause exists that Eric HENDERSON, a prior convicted felon, was in possession of the above-described firearms. The recovered firearms previously traveled in foreign or interstate commerce. Therefore, probable cause exists that Eric HENDERSON committed a violation of Title 18 U.S.C. § 922(g)(1), within the Eastern District of Michigan.

_____
Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
    Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

7